In the Matter of CAESAR VESCERA et al., Appellants, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent, and 193–5 EAST HOUSTON STREET REALTY CORP., Intervener, Respondent.

Argued April 7, 1954; decided April 23, 1954.

*Max A. Gaber* for appellants.

*Norman Adams* for intervener-respondent.

Order affirmed, without costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.